IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TOM ROBINSON, | ) |
|                 Plaintiff, | ) |
|     v. | ) CIVIL ACTION NO.: 3:04CV469 |
| DANA SPICER d/b/a WIX CORPORATION | ) |
|                 Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Dismissal submitted by all parties to this action, and in view of the parties' fair and reasonable settlement and resolution of all issues herein with the advice and assistance of counsel, it is hereby

**ORDERED** that this action be dismissed with prejudice.

**SO ORDERED, ADJUDGED AND DECREED.**

**Signed: August 12, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge

